YAAKOV KANOVSKY, Appellant, v MONTEFIORE MEDICAL CENTER et al., Respondents.

Submitted December 3, 2007; decided January 10, 2008

Reported below, 40 AD3d 938.

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 940 (2007)].

In the Matter of ROMAN KEVILLY, Appellant, v ALAN L. HONOROF, as Judge of the Court of Claims of the State of New York, et al., Respondents.

Submitted December 3, 2007; decided January 10, 2008

Reported below, 2007 NY Slip Op 76100(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of WILLIAM R. LIGHTBODY, Appellant, v IRENE LIGHTBODY, Respondent.

Submitted December 10, 2007; decided January 10, 2008

Reported below, 42 AD3d 537.

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.